IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT WILLIAM BONDURANT, )<br>#23219-149, )<br>)<br>        Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>        Defendant. ) | CIVIL ACTION NO. 2:04cv774-WHA |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #31), entered on September 7, 2006, the court adopts the Recommendation of the Magistrate Judge, finds that the court lacks subject matter jurisdiction, and it is hereby

ORDERED that this case is DISMISSED for want of jurisdiction.

DONE this 25th day of September, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE